IN THE COMMONWEALTH COURT OF PENNSYLVANIA

New Alexandria Borough and : 
Selective Insurance Company of : 
America, : 
          Petitioners : 
           : 
          v. : No. 567 C.D. 2016
           : 
Workers' Compensation Appeal : 
Board (Tenerovich), : 
          Respondent : 

# **O R D E R**

AND NOW, this 17th day of March, 2017, the opinion filed January 5, 2017, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____

DAN PELLEGRINI, Senior Judge